IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
NO. 5:19CR27

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| v. | ) |
| | ) |
| **Oscar Rangel-Gutierrez** | ) |
| | ) |

**Withdraw of Objection to Presentence Report**

Now comes Defendant Oscar Rangel-Gutierrez, who submits this document to confirm that he withdraws his objection to the importation enhancement, as was noted by the Government in its departure motion. Defendant does in fact withdraw that objection and concedes the applicability of the importation enhancement contained in Paragraph 41 of the presentence report. Similarly, Defendant has conferred with the Government, which continues to acknowledge that it does not intend to present evidence in support of the maintaining a dwelling enhancement.

Therefore, the Defense contends that the correct offense level, prior to the application of any departures or variances, is offense level 40.

This the 31 day of July, 2019.

Respectfully submitted,

s/ Rob Heroy
W. Rob Heroy
Bar No. 35339
Attorney for Defendant
Goodman Carr, PLLC
301 S. McDowell St., #602
Charlotte, NC 28204
Phone: 704-372-2770
E-mail: RHeroy@goodmancarr.net

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing **PSR Objections** on opposing counsel by submitting a copy thereof through ECF, to be sent to:

    Steve Kaufman
    Assistant United States Attorney

This the 31 day of July, 2019.

    s/ Rob Heroy
    W. Rob Heroy
    Attorney for Defendant